**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
40 CENTRE STREET
NEW YORK, NEW YORK 10007
(212) 805-6715

CHAMBERS OF
**RICHARD M. BERMAN**
UNITED STATES DISTRICT JUDGE

July 10, 2007

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2006 Filing

Dear Judge Smith,

Thank you for your letter dated June 15, 2007 regarding my 2006 annual financial disclosure report, dated May 7, 2007.

In Part VII, page 6, line 48, for "L-3 Communications Hldgs," the income amount code in column B(1) should be "A" and the income type in column B(2) should be "Dividend."

In Part VII, page 11, line 126, I listed "American Funds Capital Income Builder." This fund was purchased on September 13, 2006. The type of transaction for column D(1) is "Buy"; the date in column D(2) should be "9/13"; and the value code in column D(3) should be "J."

In Part VII, page 11, line 127, I listed "American Funds Washington Mutual Investments." This fund was purchased on August 25, 2006. The type of transaction for column D(1) is "Buy"; the date in column D(2) should be "8/25"; and the value code in column D(3) should be "K."

In Part VII, page 11, line 128, I listed "Merrill Lynch MM Fund," which was not listed on my 2005 annual report through inadvertence. This money market fund is a cash equivalent account.

Please contact me at (212) 805-6715 if you have any further questions.

Sincerely



Richard M. Berman

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Berman, Richard M | 2. Court or Organization<br><br>U.S. District Court -S.D.N.Y. | 3. Date of Report<br><br>05/07/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>40 Centre Street (Room 201)<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 11 A 9: 28
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Brand Consulting Firm / Partnership Income; College Administration / Salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Bar Council | Oct. 27-29 - 2006 Fall Bench & Bar Retreat, Lennox, Mass (Lodging) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Greenpoint Bank | Mortgage on apartment (investment) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apartment (NY City) | E | Rent | N | W | | | | | |
| 2. Property Sufffolk County, NY (House & Cottage) | C | Rent | N | W | | | | | |
| 3. Property, Suffolk County,NY | D | Rent | K | W | | | | | |
| 4. Aztex Limited Partnershi (real estate) | A | Distribution | J | W | | | | | |
| 5. Vanguard Windsor | B | Dividend | | | Sale | 10/4 | M | E | |
| 6. Vanguard 500 Index Trust | B | Dividend | | | Sale | 10/4 | L | B | |
| 7. Vanguard 500 Index Trust | A | Dividend | M | T | Buy | 11/27 | M | | |
| 8. Vanguard Strategic Equity | B | Dividend | | | Sale | 10/4 | M | G | |
| 9. Vanguard Total Int'l Index | | None | L | T | Buy | 12/26 | L | | |
| 10. Vanguard Total Stock Index | | None | L | T | Buy | 12/26 | L | | |
| 11. U.S. Treasury Notes | A | Interest | O | T | Buy | 10/26 | O | | |
| 12. NYC GO Municipal Bond (Water) | A | Interest | K | W | | | | | |
| 13. Blackrock Municipal Bond Fund | B | Distribution | | | Sale | 4/4 | M | | |
| 14. Muniyield Municipal Bond Fund | B | Dividend | | | Sale | 2/8 | K | C | |
| 15. NYC Municipal Bond (Series D) | C | Interest | | | Sale | 10/18 | L | A | |
| 16. Comcast Common Stock (A & K) | A | Dividend | M | T | Buy | 11/16 | K | | |
| 17. Comcast Common Stock (A & K) | A | Dividend | M | T | Partial Sale | 2/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cablevision Systems Common Stock | | None | | | Sale | 9/29 | K | A | |
| 19. GE Common Stock | A | Dividend | K | T | Buy | 10/24 | K | | |
| 20. GE Common Stock | A | Dividend | K | T | Partial Sale | 3/1 | J | A | |
| 21. Liberty Media Global (A & C) | | None | K | T | Partial Sale | 9/29 | J | D | |
| 22. Liberty Media Global (A & C) | | None | K | T | Buy | 12/21 | K | | |
| 23. Liberty Media Interactive (A & B) | | None | | | Sale | 9/29 | J | D | |
| 24. Microsoft Common Stock | A | Dividend | K | T | Buy | 11/13 | J | | |
| 25. Ebay Inc. Common Stock | | None | K | T | Partial Sale | 10/3 | L | E | |
| 26. Exxon Mobil | A | Dividend | K | T | Buy | 10/24 | K | | |
| 27. John Nuveen Common Stock Fund (Class A) | C | Dividend | M | T | Partial Sale | 10/18 | L | B | |
| 28. Scarsdale, NY Sch. Dist. Municipal Bond | A | Interest | K | W | | | | | |
| 29. Westchester County, NY GO Municipal Bond | C | Interest | L | W | | | | | |
| 30. Rye City, NY Pub Impt Muncipal Bond | B | Interest | L | W | | | | | |
| 31. MAC Municipal Bond | C | Interest | K | W | Partial Sale | 4/1 | K | A | |
| 32. NYS Mort Agency | C | Interest | M | W | Partial Sale | 1/1 | M | A | |
| 33. NYS Power Authority | C | Interest | K | W | Partial Sale | 1/1 | K | A | |
| 34. Providian Nat'l Bk - CD | B | Interest | L | T | Sale | 4/20 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev 3.9% | D | Interest | M | T | | | | | |
| 36. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev 3.75% | B | Interest | L | T | | | | | |
| 37. NY GO | B | Interest | | | Sale | 1/1 | L | B | |
| 38. Schwab MM/NY Muni Fund | D | Int./Div. | | | Sale | 12/26 | N | C | |
| 39. Schwab Value Advantage Fund | B | Int./Div. | | | Sale | 10/23 | O | B | |
| 40. Schwab Value Advantage Fund | B | Dividend | O | T | Buy | 10/10 | O | | |
| 41. Cohen & Steers Realty Fund | A | Dividend | | | Sale | 10/24 | J | B | |
| 42. Icon Energy Fund | B | Dividend | K | T | Partial Sale | 9/12 | L | D | |
| 43. Icon Healthcare Fund | B | Dividend | K | T | Partial Sale | 10/4 | L | C | |
| 44. American Fund New Perspective Class F | B | Dividend | K | T | Partial Sale | 10/3 | K | C | |
| 45. Oakmark Global Fund | A | Dividend | J | T | Partial sale | 3/1 | K | D | |
| 46. TCW Galileo Value Oppty | B | Dividend | K | T | Buy | 12/22 | J | | |
| 47. TCW Galileo Value Oppty | B | Dividend | K | T | Partial Sale | 10/4 | K | B | |
| 48. L-3 Communications Hldgs | | | | | Sale | 8/14 | K | | |
| 49. Abbott Laboratories | A | Dividend | | | Sale | 10/3 | K | C | |
| 50. Caterpillar | A | Dividend | K | T | Partial Sale | 8/11 | K | C | |
| 51. Caterpillar | A | Dividend | K | T | Buy | 10/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Chevrontexaco Corp | A | Dividend | | | Sale | 9/11 | K | C | |
| 53. Conocophillips | A | Dividend | | | Sale | 9/6 | K | C | |
| 54. Danaher Corp. | A | Dividend | | | Sale | 10/3 | L | D | |
| 55. Discovery Hldgs Ser B | A | Dividend | | | Sale | 8/8 | J | B | |
| 56. Discovery Hldgs Ser A | A | Dividend | | | Sale | 8/8 | K | D | |
| 57. Fed Ex Corporation | A | Dividend | L | T | | | | | |
| 58. Google Inc. Class A | | None | | | Sale | 1/20 | K | | |
| 59. Google Inc. Class A | | None | K | T | Buy | 11/30 | K | | |
| 60. Lockheed Martin | A | Dividend | L | T | Buy | 11/14 | L | | |
| 61. Lockheed Martin | A | Dividend | K | T | Partial Sale | 5/24 | J | | |
| 62. Medtronic Inc. | A | Dividend | | | Buy | 3/29 | L | | |
| 63. Medtronic Inc. | A | Dividend | | | Sale | 8/8 | L | | |
| 64. Pfizer Incoroporated | B | Dividend | | | Sale | 10/3 | L | D | |
| 65. Proctor & Gamble, Co. | B | Dividend | J | T | Partial Sale | 10/3 | L | D | |
| 66. Proctor & Gamble, Co. | B | Dividend | J | T | Buy | 10/24 | J | | |
| 67. Alpine US Real Estate Fund | A | Dividend | | | Sale | 2/24 | K | | |
| 68. Amer. Funds Fundamental (F) | B | Dividend | K | T | Partial Sale | 10/3 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS  -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Artisan Mid Cap Value Fund | A | Dividend | K | T | Partial Sale | 3/29 | K | A | |
| 70. Artisan Int'l Value | A | Dividend | | | Buy | 3/29 | K | | |
| 71. Artisan Int'l Value | A | Dividend | | | Sale | 10/4 | K | C | |
| 72. Dodge & Cox Int'l Stock Fund | A | Dividend | L | T | Partial Sale | 10/31 | L | E | |
| 73. Driehaus Int'l Discovery Fund | A | Dividend | | | Sale | 9/28 | K | A | |
| 74. American Growth Fund | A | Dividend | K | T | Buy | 12/18 | J | | |
| 75. 3M Company | | None | | | Buy | 3/29 | K | | |
| 76. 3M Company | | None | | | Sale | 8/8 | K | | |
| 77. Johnson & Johnson | A | Dividend | K | T | Buy | 10/24 | K | | |
| 78. Johnson & Johnson | A | Dividend | K | T | Partial Sale | 5/24 | J | A | |
| 79. Lockheed Martin | A | Dividend | K | T | Partial Sale | 5/24 | J | B | |
| 80. Publicis N.A. | A | Dividend | L | T | Partial Sale | 4/10 | M | G | |
| 81. Sunrise Senior Living | A | Dividend | K | T | Partial Sale | 2/8 | J | B | |
| 82. Sunrise Senior Living | A | Dividend | K | T | Buy | 8/4 | J | | |
| 83. Amer Funds New Economy | A | Dividend | K | T | Partial Sale | 2/8 | J | A | |
| 84. Amer Funds New Economy | A | Dividend | K | T | Buy | 8/4 | J | | |
| 85. Calamos Growth Fund | A | Dividend | K | T | Sale | 8/4 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Chesapeake Core Growth Fund | A | Dividend | J | T | Sale | 2/8 | J | A | |
| 87. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 88. Wasatch Heritage Growth | A | Dividend | | | Sale | 2/8 | J | B | |
| 89. Publicis Group ORAs | | None | N | T | | | | | |
| 90. Publicis Group Warrants | | None | M | T | | | | | |
| 91. Sony | | None | | | Buy | 2/8 | L | | |
| 92. Sony | | None | | | Sale | 8/24 | L | | |
| 93. Oppenheimer Main Street Small Cap Fund Class A | A | Dividend | J | T | Buy | 3/29 | K | | |
| 94. Oppenheimer Main Street Small Cap Fund Class A | A | Dividend | J | T | Partial Sale | 8/9 | K | | |
| 95. Firsthand Technology Value Fund | | None | K | T | Buy | 4/28 | K | | |
| 96. Firsthand Technology Value Fund | | None | K | T | Partial Sale | 8/9 | K | | |
| 97. RS Info. Fund | | None | | | Buy | 2/24 | K | | |
| 98. RS Info. Fund | | None | | | Sale | 5/24 | K | | |
| 99. Waste Management Inc. | A | Dividend | J | T | Buy | 10/19 | J | | |
| 100. United Technologies | A | Dividend | J | T | Buy | 10/24 | J | | |
| 101. Raytheon | | None | J | T | Buy | 10/24 | J | | |
| 102. Pepsico | | None | J | T | Buy | 10/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PPG Industries | A | Dividend | J | T | Buy | 10/24 | J | | |
| 104. Kimberly Clark | | None | J | T | Buy | 10/24 | J | | |
| 105. Forest City Ent. (A) | A | Dividend | J | T | Buy | 10/24 | J | | |
| 106. Duke Energy | A | Dividend | J | T | Buy | 10/24 | J | | |
| 107. E.I. Dupont | A | Dividend | J | T | Buy | 10/24 | J | | |
| 108. Cisco | | None | J | T | Buy | 10/24 | J | | |
| 109. BP | A | Dividend | J | T | Buy | 10/24 | J | | |
| 110. American Express | | None | J | T | Buy | 10/24 | J | | |
| 111. Liberty Media Capital (A & B) | | None | L | T | Buy | 12/18 | K | | |
| 112. Rogers Communications | | None | L | T | Buy | 12/18 | L | | |
| 113. ITT Industries | | None | | | Buy | 5/9 | K | | |
| 114. ITT Industries | | None | | | Sell | 8/8 | K | | |
| 115. Ingersoll Rand | | None | | | Buy | 5/9 | K | | |
| 116. Ingersoll Rand | | None | | | Sell | 8/8 | K | | |
| 117. Lowes Corp | | None | | | Buy | 2/8 | K | | |
| 118. Lowes Corp | | None | | | Sell | 8/9 | K | | |
| 119. Teva Pharmaceuticals | | None | | | Buy | 5/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Teva Pharmaceuticals | | None | | | Sold | 8/8 | L | | |
| 121.  Encana Corp. | A | Dividend | | | Buy | 10/18 | J | | |
| 122.  NYS Twy Auth. Muni Bond | A | Interest | L | T | Buy | 11/29 | L | | |
| 123.  MTA Muni Bond | A | Interest | M | T | Buy | 11/29 | M | | |
| 124.  NYS Dorm Auth. Muni Bond | | None | K | T | Buy | 9/12 | K | | |
| 125.  Triborough B & T Auth. Muni Bond | A | Interest | N | T | Buy | 12/18 | N | | |
| 126.  American Funds Capital Income Builder | A | Dividend | J | T | | | | | |
| 127.  American Funds Washington Mutual Investments | A | Dividend | K | T | | | | | |
| 128.  Merill Lynch MM Fund | B | Int./Div. | M | T | | | | | |
| 129.  Turner Strategic Growth Fund | | None | | | Buy | 3/29 | K | | |
| 130.  Turner Strategic Growth Fund | | None | | | Sale | 6/9 | K | | |
| 131.  U.S. Global Resources Fund | | None | | | Buy | 2/8 | K | | |
| 132.  U.S. Global Resources Fund | | None | | | Sale | 9/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Most transactions in 2006 resulted from a change in financial advisors.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___5/7/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544